IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02031-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

    Plaintiff,

v.

JOHN DOES 1-24,

    Defendants.

---

## ORDER

---

    In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on November 18, 2015 (ECF No. 15), it is

    ORDERED that Defendant John Does 17 and 18 are **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

    Dated:  November 19, 2015

                                   BY THE COURT:

                                   s/ Wiley Y. Daniel
                                   Wiley Y. Daniel
                                   Senior United States District Judge