IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02031-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

    Plaintiff,

v.

JOHN DOES 1-16, 19-24,

    Defendants.

## ORDER

In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) on December 17, 2015 (ECF No. 17), it is

ORDERED that Defendant John Doe 2 is **DISMISSED WITH PREJUDICE** and shall hereafter be taken off the caption.

Dated:  December 14, 2015

                                                BY THE COURT:

                                                s/ Wiley Y. Daniel
                                                Wiley Y. Daniel
                                                Senior United States District Judge