IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.   15-cv-02031-WYD-MEH

COBBLER NEVADA, LLC, a Nevada limited liability company,

      Plaintiff,

v.

JOHN DOES 1, 3-16, 19-24,

      Defendants.

---

## ORDER OF DISMISSAL

---

      In accordance with Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P.

41(a)(1)(A)(i) on March 15, 2016 (ECF No. 29), it is

      ORDERED that the remaining Defendants and this case are **DISMISSED**

**WITHOUT PREJUDICE**.

      Dated:  March 17, 2016

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        Senior United States District Judge